UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

www.cand.uscourts.gov

Mark B. Busby  
Clerk of Court

General Court Number  
415-522-2000

October 16, 2024

Superior Court of Alameda County  
24405 Amador Street  
Hayward, CA 94544

RE:  SBI Builders, Inc. v. Liberty Mutual Insurance Company, et al.  
     3:24-cv-04216-WHO

Your Case Number:  24CV079070

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- ☒ Certified original and one copy of this letter
- ☒ Certified copy of the docket sheet
- ☒ Certified copy of Remand Order
- ☐ Other

Please send an acknowledgement of receipt of these documents to 6docketing@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk of Court

by: Elizabeth Garcia  
Deputy Clerk

*REV. 10/21*